**Christine HOUSE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 05–3006.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2004.

**ORDER**

Order Vacated, See 2004 WL 2852388.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Cleo HAINES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 04–3428.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2004.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Gregory RUFFIN, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY,**
**Respondent.**

No. 04–3457.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2004.

**ORDER**

Order Vacated, See 2004 WL 2852390.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.